## CHASAN LAMPARELLO MALLON & CAPPUZZO, PC

ESTABLISHED 1957

300 LIGHTING WAY, SUITE 200
SECAUCUS, NEW JERSEY 07094
TEL (201) 348-6000
FAX (201) 348-6633
WWW.CHASANLAW.COM

RALPH J. LAMPARELLO ▲*
ROBERT A. KAYE ▲
CINDY NAN VOGELMAN
JOHN V. MALLON ◆*
STEVEN L. MENAKER +*
THOMAS R. KOBIN ▲
ROBERT A. CAPPUZZO ▲
JOHN L. SHAHDANIAN II ▲
JOSEPH A. LAGANA
JOHN P. BEIRNE
MICHAEL D. WITT
THOMAS A. MORRONE *
NICOLE R. CASSATA
MITCHELL L. PASCUAL ▲
JAMES F. DRONZEK

PETER L. MacISAAC ▲*
MICHAEL A. D'ANTON, Ph.D. ▼
JOSEPH A. GARCIA ▲
KENNETH A. PORRO
PHILIP W. LAMPARELLO ▲
JOHN M. TUNTEVSKI ▲
RICHARD W. FOGARTY ▲
MARIA P. VALLEJO ▲
RAYMOND J. SEIGLER
JOSEPH DeMARCO
REGINALD JENKINS, JR.

**OF COUNSEL**
HERBERT KLITZNER
WILLIAM F. RUPP
THOMAS B. HIGHT

EDNA J. JORDAN
KIRSTIN BOHN ▲
DANIEL R. LAGANA
NEIL B. FINK ▲
———————
TEJAL FORRAR
MICHAEL S. FLEMING
MOLLIE H. LUSTIG
CHEYNE R. SCOTT
JOSEPH E. SANTANASTO ▲
RONALD P. BOTELHO ▲
THOMAS N. ZUPPA, JR. ▲
RYAN J. GAFFNEY ▲
ELLEN L. CAMBURN ◆
MARY KATE SERRATELLI ◆

QING H. GUO ▲
KELLY A. WEBER
JAMES B. SHOVLIN
ASHLEY L. MATIAS ▲

**COUNSEL**
JOEL A. LEYNER ▲
ARTHUR N. D'ITALIA
THOMAS P. OLIVIERI
ROBERT M. CZECH
———————
▲ NJ & NY BARS
◆ NJ & PA BARS
▼ NJ, NY & DC BARS
* CERTIFIED BY THE NEW JERSEY SUPREME COURT AS A CIVIL TRIAL ATTORNEY
+ CERTIFIED BY THE NEW JERSEY SUPREME COURT AS A CRIMINAL TRIAL ATTORNEY

January 8, 2019

By Electronic Filing

Honorable Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

By Electronic Filing

Honorable Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Byron Smith v. Never Sink Media, LLC
      Case No. 1:18-cv-04292-PKC-CLP
      Our File No. 15295-8909

Dear Honorable Judges:

This office represents Defendant Never Sink Media, LLC in the above captioned matter. Due to a scheduling conflict, we respectfully request a 30 day adjournment of the initial conference scheduled for January 16, 2019.

This request is made with the consent of our adversary, Richard Liebowitz, Esq.

Thank you for Your Honors' courteous review of this matter.

Respectfully submitted,

*/s/ Mitchell L. Pascual*

Mitchell L. Pascual
For the Firm

MLP:ck
c:  Richard Liebowitz, Esq.