Docket No.: _18-cv-4292_

# INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: *February 22, 2019*

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of: plaintiff(s) _____ and defendant(s)

3. Number of depositions by plaintiff(s) of: parties _2_ non-parties

4. Number of depositions by defendant(s) of: parties _____ non-parties

5. Date for completion of factual discovery: *June 14, 2019*

6. Number of expert witnesses of plaintiff(s): _____ medical _1_ non-medical

    Date for expert report(s): *June 21, 2019*

7. Number of expert witnesses of defendant(s): _____ medical _____ non-medical

    Date for expert report(s):

8. Date for completion of expert discovery: *August 16, 2019*

9. Time for amendment of the pleadings by plaintiff(s) or by defendant(s) *March 29, 2019*

10. Number of proposed additional parties to be joined by plaintiff(s) _1_ and by defendant(s) _____ and time for completion of joinder:

11. Types of contemplated dispositive motions:  plaintiff(s): *Summary Judgement on Copyright Liability*
    defendant(s):

12. Dates for filing contemplated dispositive motions:  plaintiff(s): *August 30, 2019*
    defendant(s):

13. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts? If so, please describe at the initial conference.

15. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.) **
    Yes ___ No _X_

---

* **The fillable consent form may be found at**
http://www.nyed.uscourts.gov/General_Information/Court_Forms/court_forms.html **and may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.**