2/19/2019

Case #:
1:18-CV-04292-PKC-CLP

**ORIGINAL**

Smith v. Neversink Media Group LLC
Assigned to: Judge Pamela K. Chen
Referred to: Magistrate Judge Cheryl L. Pollak
Cause: 17:101 Copyright Infringement

To The Honorable Judge Pamela K. Chen and Magistrate Judge Cheryl L. Pollak:

We humbly request a continuance to our case. As of today, our attorney filed a recusal from this case. This update has left us without representation at the last minute, resulting in our need for more time to prepare our case.

Due to the company's current financial situation, we can only afford pro-bono counsel. We are working on the matter as quickly as possible and hope to obtain a lawyer soon. We are taking this case very seriously and want to make sure we are adequately prepared.

Sincerely,

Stephen Witt
Neversink Media LLC

*Stephen Witt*



RECEIVED
FEB 19 2019
PRO SE OFFICE