**CHASAN LAMPARELLO MALLON & CAPPUZZO, PC**

ESTABLISHED 1957

300 LIGHTING WAY, SUITE 200
SECAUCUS, NEW JERSEY 07094
TEL. (201) 348-6000
FAX (201) 348-6633
WWW.CHASANLAW.COM

| | | | |
|---|---|---|---|
| RALPH J. LAMPARELLO ▲* | PETER L. MacISAAC ▲* | EDNA J. JORDAN | QING H. GUO ▲ |
| ROBERT A. KAYE ▲ | MICHAEL A. D'ANTON, PH.D. ▼ | KIRSTIN BOHN ▲ | KELLY A. WEBER |
| CINDY NAN VOGELMAN | JOSEPH A. GARCIA ▲ | DANIEL R. LAGANA | JAMES B. SHOVLIN |
| JOHN V. MALLON ♦* | KENNETH A. PORRO | NEIL B. FINK ▲ | ASHLEY L. MATIAS ▲ |
| STEVEN L. MENAKER +* | PHILIP W. LAMPARELLO ▲ | | **COUNSEL** |
| THOMAS R. KOBIN ▲ | JOHN M. TUNTEVSKI ▲ | TEJAL FORRAR | JOEL A. LEYNER ▲ |
| ROBERT A. CAPPUZZO ▲ | RICHARD W. FOGARTY ▲ | MICHAEL S. FLEMING | ARTHUR N. D'ITALIA |
| JOHN L. SHAHDANIAN II ▲ | MARIA P. VALLEJO ▲ | MOLLIE H. LUSTIG | THOMAS P. OLIVIERI |
| JOSEPH A. LAGANA | RAYMOND J. SEIGLER | CHEYNE R. SCOTT | ROBERT M. CZECH |
| JOHN P. BEIRNE | JOSEPH DeMARCO | JOSEPH E. SANTANASTO ▲ | |
| MICHAEL D. WITT | REGINALD JENKINS, JR. | RONALD P. BOTELHO ▲ | ▲ NJ & NY BARS |
| THOMAS A. MORRONE * | | THOMAS N. ZUPPA, JR. ▲ | ♦ NJ & PA BARS |
| NICOLE R. CASSATA | **OF COUNSEL** | RYAN J. GAFFNEY ▲ | ▼ NJ, NY & DC BARS |
| MITCHELL L. PASCUAL ▲ | HERBERT KLITZNER | ELLEN L. CAMBURN ♦ | * CERTIFIED BY THE NEW JERSEY SUPREME COURT AS A CIVIL TRIAL ATTORNEY |
| JAMES F. DRONZEK | WILLIAM F. RUPP | MARY KATE SERRATELLI ♦ | + CERTIFIED BY THE NEW JERSEY SUPREME COURT AS A CRIMINAL TRIAL ATTORNEY |
| | THOMAS B. HIGHT | | |

February 20, 2019

By Electronic Filing

Honorable Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

By Electronic Filing

Honorable Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Byron Smith v. Never Sink Media, LLC
      Case No. 1:18-cv-04292-PKC-CLP
      Our File No. 15295-8909

Dear Honorable Judges:

Up until my electronic filing on February 19, 2019, of the attached Substitution of Attorney, this firm was representing Defendant Never Sink Media, LLC in the above captioned matter. An initial conference is scheduled in front of Your Honors today at 3:30 p.m. However, due a childcare issue resulting from the inclement weather in New Jersey, I am respectfully requesting to appear for said conference via telephone today.

My office contacted my adversary, Richard Liebowitz, Esq., for his consent, however, he was unavailable.

Thank you for Your Honors' courteous review of this matter.

Respectfully submitted,

/s/ *Mitchell L. Pascual*
Mitchell L. Pascual
For the Firm

MLP: js
Encls.
cc  Richard Liebowitz, Esq.

MITCHELL L. PASCUAL, ESQ.
CHASAN LAMPARELLO MALLON & CAPPUZZO, PC
300 Lighting Way, Suite 200
Secaucus, New Jersey 07094
(201) 348-6000
Attorneys for Defendant Neversink Media Group, LLC
File No. 15295-8909

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYRON SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>NEVER SINK MEDIA LLC,<br><br>        Defendants. | Case No. 1:18-cv-04292-PKC-CLP<br><br>Civil Action<br><br>**SUBSTITUTION OF ATTORNEY** |

      The undersigned hereby consents to the substitution of Stephen Witt, pro se, on behalf of Never Sink Media LLC in the above entitled case.

**STEPHEN WITT, PRO SE**
**Superseding Party**

*Stephen Witt*
_____
STEPHEN WITT, PRO SE

DATED:

**CHASAN LAMPARELLO MALLON &**
**CAPPUZZO, PC**
**Withdrawing Attorneys**

_____
MITCHELL L. PASCUAL, ESQ.

DATED: *February 15, 2019*