# Liebowitz Law Firm, PLLC
**Attorneys for the Photographic Arts**

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

February 21, 2019

Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Smith v. Neversink Media Group LLC* (1:18-cv-4292-PKC-CLP)

Dear Judge Pollak,

We represent Plaintiff, Byron Smith, in the above in-captioned case. Plaintiff is not available on the March 7, 2019 for the conference. We respectfully request that the conference be adjourned to March 12, 2019. The Defendant is available on March 12, 2019.

The Courts consideration is much appreciated.

                                                Respectfully submitted,

                                                /s/Richard Liebowitz
                                                Richard P. Liebowitz

                                                *Counsel for Plaintiff Byron Smith*

