CHASAN LAMPARELLO MALLON & CAPPUZZO, PC
300 Lighting Way, Suite 200
Secaucus, New Jersey 07094
(201) 348-6000
Attorneys for Defendant Neversink Media Group, LLC
File No. 15295-8909

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYRON SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVER SINK MEDIA LLC,<br><br>    Defendants. | Case No. 1:18-cv-04292-PKC-CLP<br><br>Civil Action<br><br>**NOTICE OF MOTION TO BE RELIEVED AS COUNSEL<br>PURSUANT TO LOCAL CIVIL RULE 1.4** |

PLEASE TAKE NOTICE that upon the attached affidavit of Mitchell L. Pascual, Esq., sworn to or affirmed February 25, 2019, and upon the complaint herein, Chasan Lamparello Mallon & Cappuzzo, PC will move this court before the Honorable Cheryl L. Pollak, U.S.M.J. in Room 1230 Courtroom 13B South, U.S. Eastern District, New York, 225 Cadman Plaza East Brooklyn, NY 11201, on the day of March 1, 2019 at 9am or as soon thereafter as counsel can be heard, for an order pursuant to Local Civil Rule 1.4 granting Chasan Lamparello Mallon & Cappuzzo, PC's Motion to Be Relieved as Counsel for Never Sink Media LLC.

Dated: February 25, 2019

                                                                    /s/ *Mitchell L. Pascual*
                                                                    Mitchell L. Pascual