UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYRON SMITH<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NEVER SINK MEDIA LLC<br><br>　　　　　　　Defendant. | **STIPULATION OF SETTLEMENT DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>Case No.: 1:18-cv-4292-PKC-CLP |

　　　　IT IS HEREBY STIPULATED by Plaintiff Byron Smith and Defendant Never Sink Media LLC that the case has been settled and that the above case should be dismissed with prejudice with each side to bear its own costs and attorney's fees.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: August 13, 2019

*Attorneys for Plaintiff Byron Smith*

/s/Roya Sadiqi
Colleran, O'Hara & Mills, L.L.P.
100 Crossways Park Drive West,
Suite 200
Woodbury, NY 11797
Tel: (516) 248-5757
rs@cohmlaw.com

Dated: August 13, 2019

*Attorneys for Defendant*
*Never Sink Media LLC*